**No. 44703.**—Protests 951761–G, etc., of Joensson Import Corp. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.